**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| **CALVARY CHAPEL OF BANGOR,**<br><br>***Plaintiff*****,**<br><br>**v.**<br><br>**JANET MILLS, in her official capacity as Governor of the State of Maine,**<br><br>***Defendant.*** | **Case No. 1:20-cv-00156-NT** |

**MOTION OF AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE FOR LEAVE TO FILE *AMICUS BRIEF* SUPPPORTING DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Americans United for Separation of Church and State respectfully requests leave to file the attached *amicus curiae* brief supporting Defendant's opposition to Plaintiff's motion for a temporary restraining order and preliminary injunction. Counsel for Defendant does not object to the filing of this brief. *Amicus* has not received a response from counsel for Plaintiff.

Americans United is a nonsectarian and nonpartisan public-interest organization that is committed to preserving the constitutional principles of religious freedom and the separation of religion and government. Americans United's attorneys have extensive expertise in church-state and religious-freedom law. In recent weeks, Americans United has submitted eleven *amicus* briefs in federal and state trial and appellate courts across the country addressing the application of COVID-19-related public-health orders to houses of worship and religious services. A federal district court in one of these cases observed that Americans United's *amicus* brief was "both timely and helpful" (*Cross Culture Christian Ctr. v. Newsom*, No. 2:20-cv-832-JAM-CKD, ECF No. 18 (E.D. Cal. Apr. 29, 2020)) and cited the brief twice in its decision (*Cross Culture Christian Ctr. v.*

*Newsom*, __ F. Supp. 3d __, 2020 WL 2121111, at *4, 7 (E.D. Cal. May 5, 2020)).

Americans United believes that its proposed brief would be helpful to the Court here because *amicus* seeks not to present or argue facts beyond the parties' pleadings, but rather to provide case law and argument on several relevant issues of significant public interest that are within Americans United's expertise. *See All. of Auto. Mfrs. v. Gwadowsky*, 297 F. Supp. 2d 305, 307 (D. Me. 2003). First, the proposed brief explains that a rational-basis standard is the appropriate standard of review for Plaintiff's Free Exercise Clause claim. Second, the proposed brief demonstrates that a long line of case law has concluded that critical public-health measures satisfy even a compelling-interest standard and can constitutionally be applied to religious objectors. Third, the proposed brief explains that the regulation of conduct here does not violate Plaintiff's rights under the Free Speech and Assembly Clauses. Finally, the proposed brief explains that requiring a religious exemption in this context would violate the Establishment Clause.

For the foregoing reasons, Americans United respectfully requests that the Court grant leave to file the attached proposed *amicus* brief.

Respectfully submitted,

RICHARD B. KATSKEE*
ALEX J. LUCHENITSER*
KENNETH D. UPTON, JR.*
SARAH R. GOETZ*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel: (202) 466-3234
Fax: (202) 466-3353
*katskee@au.org*
*luchenitser@au.org*
*upton@au.org*
*goetz@au.org*

/s/ David A. Soley
DAVID A. SOLEY
JAMES G. MONTELEONE
Bernstein Shur
100 Middle Street
PO Box 9729
Portland, ME 04104
Tel: (207) 774-1200
Fax: (207) 774-1127
*dsoley@bernsteinshur.com*
*jmonteleone@bernsteinshur.com*

*Counsel for* Amicus Curiae

*Certification for admission *pro hac vice* filed separately.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2020, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, causing service to be effected on counsel for all parties.

/s/ David A. Soley

DAVID A. SOLEY
Bernstein Shur
100 Middle Street
PO Box 9729
Portland, ME 04104
Tel: (207) 774-1200
Fax: (207) 774-1127
*dsoley@bernsteinshur.com*