UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| CALVARY CHAPEL OF BANGOR,<br><br>    Plaintiff<br><br>        v.<br><br>JANET MILLS, in her official capacity as the Governor of the State of Maine,<br><br>    Defendant. | CIVIL ACTION NO.: 1:20-cv-00156-NT |

**DEFENDANT'S UNOPPOSED MOTION TO
EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Defendant, Maine Governor Janet T. Mills, respectfully requests that the Court extend by 14 days the deadline by which she must respond to the complaint. In support, Defendant states as follows:

1. At issue in this case is the constitutionality of the Governor's earlier executive orders that limited gatherings in light of the COVID-19 pandemic as it relates to the Plaintiff's ability to conduct religious activities.

2. On May 5, 2020, Plaintiff filed a Motion for a Temporary Restraining Order (TRO) seeking to enjoin enforcement of the gathering restrictions in the Governor's executive orders.

3. On May 9, 2020, following an expedited response from Defendant, the Court entered an order denying the TRO.

4. Also on May 9, 2020, Plaintiff filed a Notice of Appeal to the United States Court of Appeals for the First Circuit of this Court's order denying the TRO.

5. On May 25, 2020, Defendant filed an unopposed motion to stay further proceedings pending appeal. ECF Doc. No. 35.

6. On May 26, 2020, the Court granted the motion to stay. ECF Doc. No. 36.

7. On December 22, 2020, the United States Court of Appeals for the First Circuit issued a decision and judgment dismissing Plaintiff's appeal without prejudice for lack of appellate jurisdiction. ECF Doc. Nos. 38-39. The Court of Appeals issued its mandate on January 12, 2021. ECF Doc. No. 40.

8. On January 13, 2021, the Court set January 26, 2021 as the deadline for Defendant to respond to Plaintiff's complaint.

9. Due to the press of other business, compounded by personnel turnover at the Office of the Attorney General, undersigned counsel anticipates it will be difficult to respond to the complaint by the current deadline.

10. Defendant's counsel has concurred with Plaintiff's counsel, who stated that Plaintiff has no objection to a 14-day extension of the deadline to respond to the complaint.

Wherefore, Defendant respectfully requests that the deadline for responding the complaint be extended by 14 days, from January 26, 2021 to February 9, 2021.

Dated: January 20, 2021

AARON M. FREY

Attorney General

/s/ Christopher C. Taub
Christopher C. Taub, Chief Dep. Atty. Gen.
Christopher.C.Taub@maine.gov
Sarah A. Forster, Asst. Atty. Gen.
Sarah.Forster@maine.gov
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800
Fax (207) 287-3145

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 20th day of January, 2021, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

CHARLES W. HODSDON , II
cwh@hodsdonlaw.com

DANIEL J. SCHMID
dschmid@lc.org

MATHEW D. STAVER
court@lc.org

HORATIO G. MIHET
hmihet@lc.org

ROGER K. GANNAM
rgannam@lc.org

                                           /s/ Christopher C. Taub
                                           CHRISTOPHER C. TAUB
                                           Deputy Attorney General
                                           Six State House Station
                                           Augusta, Maine  04333-0006
                                           Tel.  (207) 626-8800
                                           Fax (207) 287-3145